FILED

02/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0611

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| In the Matter of Guardianship of: S.C.T., a Minor Child<br><br>LOGAN HERMAN,<br><br>Appellant,<br><br>vs.<br><br>CHRISTA TURNQUIST and LOREN TURNQUIST.<br><br>Appellees. | Supreme Court Cause No.:<br>DA-21-0611<br><br><br>**Order Continuing Deadline for Appellant to File Opening Brief** |

Based on Appellant's Unopposed Motion to Continue Deadline to File Opening Brief and good cause appearing, it is HEREBY ORDERED:

1. Appellant's Unopposed Motion to Continue Deadline to File Opening Brief is GRANTED.

2. The deadline for Appellant to file her Opening Brief is continued for sixty (60) days, and until April 18, 2022.

DATED this _____ day of _____, 2022.

_____

For the Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 3 2022